IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 3:12CR150 |
| v. | : | JUDGE TIMOTHY S. BLACK |
| **KEVIN D. TODD** | : | **ORDER UNSEALING CASE** |

Upon motion of the United States the above captioned case is hereby ordered unsealed.

DATE: 1/16/13

_____
JUDGE TIMOTHY S. BLACK
UNITED STATES DISTRICT COURT